**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 545 EAL 2017

:

Respondent   :

:

:   Petition for Allowance of Appeal from

:   the **Unpublished Memorandum and**

v.   :   **Order** of the Superior Court at No.

:   2112 EDA 2016 entered on October

:   31, 2017, **affirming** the Judgment of

ALLEN PIPPEN,   :   Sentence of the Philadelphia County

:   Court of Common Pleas at No. CP-51-

Petitioner   :   CR-0009346-2014 entered on June

:   13, 2016

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 17th day of June, 2019, the Petition for Allowance of Appeal is **GRANTED**, the Superior Court's order is **VACATED**, and this matter is **REMANDED** to that court with instructions to remand to the trial court to grant Petitioner's motion to dismiss pursuant to this Court's decision in *Commonwealth v. Perfetto*, __ A.3d __, 2019 WL 1866653 (Pa. Apr. 26, 2019).